**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
CINDY CORWISE, individually and on behalf
of all others similarly situated,

                      Plaintiff,                         **JUDGMENT**
                                                                CV 17-6493 (SJF) (GRB)

   - against -

FMS INVESTMENT CORP.,

                      Defendant.
-----------------------------------------------------------X

      An Memorandum and Order of Honorable Sandra J. Feuerstein, United States District Judge, having been filed on May 1, 2018, granting defendant's motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the complaint with prejudice, and directing the Clerk of Court to close the file, it is

      **ORDERED AND ADJUDGED** that plaintiff Cindy Corwise take nothing of defendant FMS Investment Corp.; that defendant's motion to dismiss is granted; that the complaint is dismissed with prejudice; and that this case is closed.


Dated: Central Islip, New York
       May 1, 2018


                                                                     DOUGLAS C. PALMER
                                                                     CLERK OF THE COURT

                                            By:    /s/ James J. Toritto
                                                           Deputy Clerk